DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

KYLE CRAWFORD, individually and as a next friend of S.C.,
Appellants,

v.

AMERICAN IMPORT CAR SALES, INC., d/b/a KIA OF HOLLYWOOD
Appellee.

No. 4D2024-2155

[January 15, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne E. Fahnestock, Judge; L.T. Case No. CACE23-011535.

Peter Ticktin and Gerard Anglade, Jr. of the Ticktin Law Group, Deerfield Beach, for appellants.

Bonnie M. Sack and Daniel S. Weinger of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and LOTT, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***